**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ESTATE OF MARGARET NAGY       :   No. 314 EAL 2016
MCFADDEN, DECEASED            :
                                        :
                                        :   Petition for Allowance of Appeal from
PETITION OF: RONALD MCFADDEN   :   the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.